**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DANIEL LEWIS**                                                     **PETITIONER**

V.                 **CASE NO. 5:13CV00158 BSM**

**RAY HOBBS, Director,
Arkansas Department of Correction**                              **RESPONDENT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere, and the objections filed by petitioner, have been received. After careful consideration, and a *de novo* review of the record, it is concluded that the recommendation should be, and hereby is, approved and adopted in all respect. Accordingly, the petition for writ of habeas corpus [Doc. No. 2] is denied and dismissed, with prejudice. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases, a certificate of appealability will not be issued because Lewis has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 7th day of January 2014.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE